HN012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 10–00203

**Chapter 13**

In re:

    Julie Diane Jackola
    122A Kahako St.
    Kailua, HI 96734

Social Security No.:
    xxx–xx–2334

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL OF CASE

**Please take notice** that on April 1, 2011 the court entered an order dismissing this bankruptcy case.

The original order is on file in the Clerk's Office of the court and can be accessed on the Internet using PACER for a fee. Information on the PACER system can be found on the court's web page:**www.hib.uscourts.gov**

| | |
|---|---|
| Dated: April 1, 2011 | FOR THE COURT |
| **Address of the Bankruptcy Clerk's Office:**<br>1132 Bishop Street<br>Suite 250<br>Honolulu, HI 96813 | Clerk of the Bankruptcy Court:<br><br>**Michael B. Dowling** |
| Telephone number: (808) 522–8100 | |

```
                        United States Bankruptcy Court
                             District of Hawaii
In re:                                                          Case No. 10-00203-rjf
Julie Diane Jackola                                             Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0975-1         User: mbd                  Page 1 of 1              Date Rcvd: Apr 04, 2011
                             Form ID: hn012             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 06, 2011.
db           +Julie Diane Jackola,    122A Kahako St.,    Kailua, HI 96734-5138
aty          +Clay W. Valverde,    Motooka Yamamoto & Revere,    1000 Bishop St., Ste. 801,
               Honolulu, HI 96813-4208
1023554       Department of Taxation,    State of Hawaii,    Attn: Bankruptcy Unit,    P.O. Box 259,
               Honolulu, HI 96809-0259
995029       +Donald L. Spafford, Jr.,    Pauahi Tower, Suite 470,    1003 Bishop Street,
               Honolulu, HI 96813-6400
989533        GMAC Mortgage Company,    P.O. Box 4622,    Waterloo, IA 50704-4622
1004301      +GMAC Mortgage, LLC,    1100 Virginia Drive,    Ft Washington, PA 19034-3204
989534        Home Depot Credit Services,    PO Box 6028,    The Lakes, NV 88901-6028
989535        Kaopa Park Place AOAO,    c/o Management Specialists Company,    PO Box 380035,
               Honolulu, HI 96838-0035
989536       +Law Office of Marvin S.C. Dang,    P.O. Box 4109,    Honolulu, HI 96812-4109
989537       +Queen's Medical Center,    1301 Punchbowl Street,    Honolulu, HI 96813-2499
992409       +Windward Community Federal Credit Union,    6699 Mokapu Road,    Kailua, HI 96734-6008
989538       +Windward FCU,    116 Hekili St.,    Kailua, HI 96734-2847
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
992058        EDI: AIS.COM Apr 05 2011 01:03:00      AMERICAN INFOSOURCE LP AS AGENT FOR,
               T MOBILE/T-MOBILE USA INC,    PO Box 248848,    Oklahoma City, OK 73124-8848
989532        EDI: CAPITALONE.COM Apr 05 2011 01:03:00      Capital One Bank,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
993632        EDI: CAPITALONE.COM Apr 05 2011 01:03:00      Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
991763       +EDI: MID8.COM Apr 05 2011 01:03:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
998585        EDI: RECOVERYCORP.COM Apr 05 2011 01:03:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            AOAO of Kaopa Park Place
cr*          +GMAC Mortgage, LLC,    1100 Virginia Drive,    Ft. Washington, PA 19034-3204
cr*          +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2011**                   **Signature:**   _Joseph Speetjens_